**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                          PROCEEDING UNDER CHAPTER 13
Pedro Velarde                                   CASE NO.: 14-28140-LMI
XXX-XX-1148
Sara Liliana Velarde
XXX-XX-6292

_____**Debtors**_____/

**RESPONSE TO OBJECTION BY SUNTRUST MORTGAGE INC. (D.E.# 26) TO CONFIRMATION OF CHAPTER 13 PLAN**

COMES NOW, the debtors, Pedro and Sara Velarde, by and through the undersigned counsel, and files this Response to Objection by Suntrust Mortgage, Inc. to Confirmation of Chapter 13 Plan, and in support thereof declares the following:

1. That the debtor filed this bankruptcy petition on August 12, 2014.

2. That debtors' plan seeks to modify subject loan under Mortgage Modification Mediation Program, under which it proposes to pay adequate protection payments equaling to 31% of debtor's gross income.

3. That debtor's 31% gross income was calculated as follows:

    a. Debtor's gross income in the amount of $3,791.00 + $764.92 from Joint Debtor's self-employment income= $4,555.92 x 31%= $1,412.34 per month.

4. That Debtor's tax refund was not taken into consideration as it is already part of Debtor's gross income.

**WHEREFORE,** the debtors, Pedro and Sara Velarde respectfully requests that this Court enters an order confirming Debtor's chapter 13 plan.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the Debtor's Response to Objection by Suntrust Mortgage, Inc. (DE# 26) to Confirmation of Chapter 13 Plan, and a true copy of paper which is the subject of the same (if not previously served) were served on all parties listed below (or on the attached list(s))* and in the manner indicated on December 4, 2014.

The following entities were served by electronic transmission:

Nancy N. Herkert, Trustee
Brad Hissing, Esq., bankruptcynotices@kasslaw.com


_____/s_____
Patrick L. Cordero, Esq.
Attorney for the Debtors
Law Offices of Patrick L. Cordero, P.A.
198 NW 37 Avenue
Miami, FL 33125
Tel:  305- 445-4855