**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ __2nd__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: __Pedro Velarde__    JOINT DEBTOR: __Sara L. Velarde__    CASE NO.: 14-28140 LMI
Last Four Digits of SS# __1148__    Last Four Digits of SS# __6292__

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __5__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

    A.    $__1,325.74__ for months __1__ to __5__;
    B.    $_____ for months _____ to _____;
    C.    $_____ for months _____ to _____; in order to pay the following creditors:

Administrative: Attorney's Fee - $ 3,500.00 + 2,500.00 + 250.00 Costs = $ 6,250.00
    TOTAL PAID    $__2,500.00__
    Balance Due-  $__3,750.00__ payable $__750.00__/month (Months __1__ to __5__)

Secured Creditors: [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:
1. _____    Arrearage on Petition Date    $_____
Address: _____    Arrears Payment    $_____/month (Months ____ to ____)
_____    Regular Payment    $_____/month (Months ____ to ____)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| | | | | | |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____    Total Due $_____
    Payable  $_____/month (Months ____ to ____)

Unsecured Creditors: Pay $ 443.17 month (Months __1__ to __5__)
Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: Santander Consumer (2004 Toyota) is current and being paid outside the Chapter 13 Plan. Suntrust Mortgage account #0763 is being surrendered. **The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

    _____/s_____        _____/s_____
Debtor    Joint Debtor
Date: __2/2/2015__    Date: __2/2/2015__

LF-31 (rev. 01/08/10)